IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>DANNY EARL MILLER,<br><br>Defendant | NO. 5: 08-MJ-12-11 (CWH)<br><br>**VIOLATION:** Driving on Suspended License |

## ORDER OF DISMISSAL

Counsel for the United States has moved the court to dismiss the above-captioned proceeding pursuant to provisions of Rule 48(a) of the Federal Rules of Criminal Procedure, noting that defendant MILLER has been prosecuted for the same offense by state authorities.

Accordingly, for cause shown, this proceeding is **DISMISSED** *without prejudice*.

SO ORDERED AND DIRECTED, this 31st day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE